**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JAMES E. HORVATH**                                                                                         **PLAINTIFF**

**VS.**                                    **CASE NO. 4:07-CV-00113 GTE**

**JIM HALL, et al.**                                                                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed in this matter this date granting summary judgment in favor of Separate Defendants Joann Demmitt and Jim Hall,

IT IS HEREBY CONSIDERED, ORDERED, AND ADJUDGED that all claims against Defendant Joann Demmitt and Jim Hall asserted in the Amended Complaint be, and they are hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this  24th  day of June, 2008.

                                                        /s/Garnett Thomas Eisele
                                                        UNITED STATES DISTRICT JUDGE